UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:19CR107-PPS/JEM |
| ) | |
| GEOFFREY ROBERT MARTIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Geoffrey Robert Martin's agreement to enter a plea of guilty to Count 2 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 54.] Following a hearing on the record on February 23, 2021, Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. I further find that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. No objections have been timely filed to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Geoffrey Robert Martin's plea of guilty, to which no objections have been filed, the Court hereby ADOPTS the findings and recommendation [DE 54] in their entirety.

Defendant Geoffrey Robert Martin is adjudged GUILTY of Count 2 of the indictment.

The sentencing hearing is set for **June 29, 2021 at 10:00 a.m.** Hammond/Central time.

SO ORDERED.

ENTERED: March 11, 2021.

                                              /s/ Philip P. Simon
                                              UNITED STATES DISTRICT JUDGE